1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 OLGA OGAREVA,                              )
                                              ) No. C 07-4364 JW
13         Plaintiff,                         )
                                              )
14     v.                                     )
                                              ) **STIPULATION TO DISMISS; AND**
15 Department of Homeland Security, MICHAEL   ) **[PROPOSED] ORDER**
   CHERTOFF, Secretary; United States         )
16 Citizenship and Immigration Services, EMILIO )
   T. GONZALEZ, Director; United States       )
17 Citizenship and Immigration Services,      )
   ROSEMARY MELVILLE, District Director;     )
18 U.S. Attorney General, ALBERTO GONZALES;  )
   Federal Bureau of Investigation, ROBERT S.  )
19 MUELLER, III, Director,                    )
                                              )
20         Defendants.                        )
   _____)
21

22     Plaintiff, by and though her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26 within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-4364 JW                                              1

1  Date: October 22, 2007            Respectfully submitted,

2                                      SCOTT N. SCHOOLS
United States Attorney

3

4

5                                      /s/
ILA C. DEISS
Assistant United States Attorney

6                                      Attorneys for Defendants

7

8

9 Date: October 22, 2007             /s/
MONICA KANE
Attorney for Plaintiff

10

11

12

13                                 **ORDER**

14      Pursuant to stipulation, IT IS SO ORDERED.

15

16

Date:

17                                      JAMES WARE
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-4364 JW                            2